**Order filed April 1, 2021**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔔𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-21-00173-CV
_____

## IN RE C.M.C., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 17FD2510**

---

## ORDER

On March 30, 2021, relator C.M.C. filed a petition for writ of mandamus asking this court to compel the Honorable Kerri Foley to set aside the January 20, 2021 amended temporary orders in the suit affecting the parent-child relationship.

In the petition, relator cites to a mandamus record but has not filed the record with this court. *See* Tex. R. App. P. 52.7. Relator has attached an appendix to the petition. However, the petition contains sensitive information, including the child's name and birthdate. *See* Tex. R. App. P. 9.9.

Relator is ORDERED to file the record and an appendix that comply with the

Texas Rules of Appellate Procedure on or before **12:00 p.m., April 2, 2021**. Failure to do so may result in the denial of the petition.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.